United States District Court
Southern District of Texas
**ENTERED**
September 17, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **JASON BAILEY, M.D., P.A.,** *et al.*, § § § Plaintiffs, § § VS. § **CIVIL ACTION NO. 4:22-CV-04078** § **UNITEDHEALTHCARE INSURANCE** § **COMPANY,** § § Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court are cross motions for summary judgment. ECF Nos. 21, 22. The Motions had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On July 31, 2024, Judge Palermo issued the Report and Recommendation on the Motions, recommending that Plaintiffs' Motion, ECF No. 22, should be denied, and Defendant's Motion, ECF No. 21, should be granted. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on September 16, 2024.

_____
Keith P. Ellison
United States District Judge